```
 1 │ PETER P. EDRINGTON, Esq. (074355)
   │ JAMES M. MARZAN, Esq. (133931)
 2 │ DOLORES M. DONOHOE, Esq. (111432)
   │ EDRINGTON, SCHIRMER & MURPHY
 3 │ 2300 Contra Costa Boulevard, Suite 450
   │ Pleasant Hill, CA  94523-3936
 4 │ Telephone:  (925) 827-3300
   │ Facsimile:   (925) 827-3320
 5 │
 6 │ Attorneys for Defendant
   │ FREMONT UNIFIED SCHOOL DISTRICT
 7 │
```

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| WILLIAM HESS, | ) CASE NO.: C-08-02399 JSW |
|---|---|
| Plaintiff, | ) ADMINISTRATIVE MOTION TO |
| vs. | ) CONSIDER WHETHER CASES SHOULD |
|  | ) BE RELATED (CIVIL L.R. 3-12) |
| FREMONT UNIFIED SCHOOL DISTRICT, a public entity, | ) |
| Defendant. | ) |

Defendant FREMONT UNIFIED SCHOOL DISTRICT herein submits an administrative motion to consider whether the following cases should be considered related:

a)   *William Hess v. Fremont Unified School District*, Case No.: C-08-02399 JSW;

b)   *Luanne Hess v. Fremont Unified School District*, Case No.: C-08-02400 MMC;

c)   *Dot Eggerling v. Fremont Unified School District*, Case No.: C-08-02401 WHA

These three cases are brought by three different plaintiffs seeking damages for alleged violation of FLSA minimum wage obligations, violation of FLAC overtime wage obligations, intentional failure to pay FLSA minimum and overtime wages; and declaratory and injunctive relief.

Each Complaint is identical to the others. Each plaintiff is represented by the same counsel. All three cases allege that plaintiffs were employees of the FREMONT UNIFIED

SCHOOL DISTRICT as Vandal Watchers under the Vandal Watcher Program created and operated by the DISTRICT.

In fact, plaintiff WILLIAM HESS and plaintiff LUANNE HESS are husband and wife and entered into a single lease agreement with the FREMONT UNIFIED SCHOOL DISTRICT under which they agreed to perform Vandal Watch services in return for property upon which to place their mobile home.

It is unknown why counsel for the three plaintiffs decided to file three separate complaints.

Further evidence that plaintiffs understand the relationship between the cases is the fact that three plaintiffs filed a single class action lawsuit in State Court on February 28, 2008, in which they specifically allege that the DISTRICT employed other persons as vandal watchers "under the same or substantial similar terms and conditions as the plaintiffs WILLIAM HESS and LUANNE HESS and committed the same unlawful conduct through the same or substantially the same policies and procedures directed toward plaintiffs WILLIAM HESS, LUANNE HESS and DOT EGGERLING." Counsel in the state action is the same counsel as in the three federal actions. A copy of said Complaint is attached hereto for the Court's review to the Declaration of Dolores M. Donohoe.

Based on the identical theories under which each Complaint is brought, the identity of parties and events underlying the complaints, it appears more than likely that should these cases be handled by different judges, there would be an unduly duplication burdensome duplication of labor and expense or the possibility of conflicting results.

In conclusion it is respectfully requested that the Court consider these cases related and reassign the cases to a single judge.

DATED: July 17, 2008

EDRINGTON, SCHIRMER & MURPHY

By _____
Dolores M. Donohoe
Attorney for Defendant
FREMONT UNIFIED SCHOOL DISTRICT

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIVIL L.R. 3-12)