UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIAM HESS

           Plaintiff(s),

           v.

FREMONT UNIFIED SCHOOL DISTRICT

           Defendant(s).

CASE NO. C-08-02399 JSW

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process   (SEE ATTACHMENT)
   request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 8/22/08

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| JAMES M. MARZAN, ESQ. | DEFENDANT FREMONT USD | (925) 827-3300 | JMARZAN@ESMLAWFIRM.COM |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 8/22/08

Dated: 8/22/08

E-SIGNED FOR
CHARLES C. WILLIAMS
Attorney for Plaintiff

Attorney for Defendant

Rev 12.05

**ATTACHMENT TO NOTICE OF NEED FOR ADR PHONE CONFERENCE**

RE: WILLIAM HESS v. FREMONT UNIFIED SCHOOL DISTRICT

Please be advised that the parties conducted an ADR Phone Conference on August 19, 2008, in Dot Eggerling v. Fremont Unified School District, Case No.: C08-2401 JSW.