```
PETER P. EDRINGTON, Esq. (074355)
JAMES M. MARZAN, Esq. (133931)
EDRINGTON, SCHIRMER & MURPHY
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523-3936
Telephone:  (925) 827-3300
Facsimile:   (925) 827-3320
```

Attorneys for Defendant
FREMONT UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HESS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FREMONT UNIFIED SCHOOL DISTRICT,<br>a public entity,<br><br>　　　　Defendant.<br>──────────────────────<br>LUANNE HESS,<br><br>　　　　Plaintiff,<br><br>FREMONT UNIFIED SCHOOL DISTRICT,<br><br>　　　　Defendant.<br>──────────────────────<br>DOT EGGERLING,<br><br>　　　　Plaintiff,<br><br>FREMONT UNIFIED SCHOOL DISTRICT,<br><br>　　　　Defendant. | ALL RELATED CASES:<br><br>NO.:   CV08-02399 JSW<br>　　　　CV08-02400 JSW<br>　　　　CV08-02401 JSW<br><br>**DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE** |

//

Defendant FREMONT UNIFIED SCHOOL DISTRICT ("DISTRICT") has reviewed with its counsel the "Consent To A Magistrate Judge's Jurisdiction In The Northern District of California" booklet. The DISTRICT respectfully declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition.

DATED: August 26, 2008                    EDRINGTON, SCHIRMER & MURPHY

By _____
James M. Marzan
Attorney for Defendant
FREMONT UNIFIED SCHOOL DISTRICT

2
Declination to Proceed Before Magistrate Judge

Hess v. Fremont Unified School District – C08-02399 JSW; C08-02400 JSW; C08-02401 JSW

**PROOF OF SERVICE**

I am a citizen of the United States. My business address is 2300 Contra Costa Boulevard, Suite 450, Pleasant Hill, CA 94523. I am employed in the County of Contra Costa where this service occurs. I am over the age of 18 years and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On August 27, 2008, following ordinary business practice, I served the attached document(s) described as **DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE** on the interested parties in said action addressed as follows:

| | |
|---|---|
| JOHN N. KITTA, Esq. | CHARLES G. WILLIAMS, ESQ. |
| A. K. ABRAHAM, ESQ. | 4910 Seneca Park Loop |
| JOHN N. KITTA & ASSOCIATES | Fremont, CA 94538 |
| 39560 Stevenson Place, Suite 217 | |
| Fremont, CA 94536 | T: 510-659-1953 |
| | |
| T: 510-797-7990 | |
| F: 510-745-8606 | |

\_\_\_\_\_   **(BY FACSIMILE)** by transmitting via facsimile the document(s) listed above to the facsimile number(s) set forth above, or as stated on the attached service list, on this date before 5:00 p.m.

X\_\_\_   **(BY MAIL)** by placing a true and correct copy of the document(s) listed above enclosed in sealed envelope(s) with postage fully prepaid in the U.S. Mail at Pleasant Hill, California.

\_\_\_\_\_   **(BY PERSONAL SERVICE)** by placing a true and correct copy of the document(s) listed above in sealed envelope(s) and causing said envelope(s) to be delivered by hand this date to the offices of the addressee(s).

\_\_\_\_\_   **(BY OVERNIGHT DELIVERY)** by placing a true and correct copy of the document(s) in a sealed envelope(s) and causing said envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 27, 2008, at Pleasant Hill, California.

*Rosalie Loafea* (signature)
Rosalie Loafea

---

Proof of Service