1  PETER P. EDRINGTON, Esq. (074355)
   JAMES M. MARZAN, Esq. (133931)
2  EDRINGTON, SCHIRMER & MURPHY
   2300 Contra Costa Boulevard, Suite 450
3  Pleasant Hill, CA  94523-3936
   Telephone:  (925) 827-3300
4  Facsimile:   (925) 827-3320

5  Attorneys for Defendant
   FREMONT UNIFIED SCHOOL DISTRICT
6

7

8              UNITED STATES DISTRICT COURT

9          IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| WILLIAM HESS, | ) **ALL RELATED CASES:** |
| Plaintiff, | ) |
| vs. | ) **NO.:   CV08-02399 JSW** |
| | )            **CV08-02400 JSW** |
| FREMONT UNIFIED SCHOOL DISTRICT, | )            **CV08-02401 JSW** |
| a public entity, | ) |
| Defendant. | ) **STIPULATION TO CONSOLIDATE CASES AND** ~~PROPOSED~~ **ORDER** |
| | |
| LUANNE HESS, | |
| Plaintiff, | |
| FREMONT UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |
| | |
| DOT EGGERLING, | |
| Plaintiff, | |
| FREMONT UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |

27  //

28

                                    1
       Stipulation and ~~Proposed~~ Order to Consolidate Cases

IT IS HEREBY STIPULATED and agreed to by the parties hereto, through their respective attorneys of record, that the above-actions be consolidated for all purposes including Trial, under case name and number: <u>WILLIAM HESS vs. FREMONT UNIFIED SCHOOL DISTRICT</u>, Case No. CV08-02399 JSW.

It is further stipulated that the stipulation may be executed in counterpart and the separate signatures treated as one document through incorporation by reference and that any facsimile signatures of counsel on the stipulation may be treated as the original execution of the stipulation by that counsel.

DATED: 9/11, 2008

CHARLES G. WILLIAMS, Esq.
Attorney for Plaintiffs WILLIAM HESS,
LUANNE HESS and DOT EGGERLING

DATED: 9/15, 2008

EDRINGTON, SCHIRMER & MURPHY

JAMES M. MARZAN, Esq.
Attorneys for Defendant
FREMONT UNIFIED SCHOOL DISTRICT

## ORDER

GOOD CAUSE APPEARING THEREFORE: IT IS HEREBY ORDERED that United States District Court cases bearing the numbers CV08-02399, CV08-02400, and CV08-02401 are consolidated for all purposes, including trial, under Case No. CV08-02399.

DATED: September 15, 2008

Jeffrey S. White
JUDGE OF THE UNITED STATES DISTRICT COURT