JOHN N. KITTA, ESQ. (SBN 71504)
A.K. ABRAHAM (SBN 86870) Of Counsel
JOHN N. KITTA & ASSOCIATES
39560 Stevenson Place, Suite 217
Fremont, CA 95436
Telephone: 510.797.7990
Fax: 510.745.8606

CHARLES G. WILLIAMS (SBN 172907)
ATTORNEY AT LAW
4910 Seneca Park Loop
Fremont, CA 9453855
Telephone: 510.659.1953
Attorneys for Plaintiff
WILLIAN HESS

PETER P. EDRINGTON, Esq. (074355)
JAMES M. MARZAN, Esq. (133931)
EDRINGTON, SCHIRMER & MURPHY
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA 94523-3936
Telephone: (925) 827-3300
Facsimile: (925) 827-3320

Attorneys for Defendant
FREMONT UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HESS, | ) CASE NO.: C-08-02399 JSW |
| Plaintiff, | ) |
| vs. | ) **ORDER RE: RE-INSTATEMENT OF DEFENDANT'S REQUEST FOR JURY TRIAL** |
| FREMONT UNIFIED SCHOOL DISTRICT, a public entity, | ) |
| Defendant. | ) |

1

Order Re: Re-Instatement of Defendant's Request for Jury Trial

Pursuant to the Stipulation of the parties and good cause appearing therefore, IT IS ORDERED that defendant FREMONT UNIFIED SCHOOL DISTRICT's demand for jury trial, as requested in its Answer and Amended Answer, is hereby re-instated and the trial of this matter, presently scheduled for October 19, 2009, shall proceed as a jury trial.

IT IS SO ORDERED.

DATED: September 15, 2008

_____
JUDGE OF THE FEDERAL COURT