United States District Court

For the Northern District of California

1

2

3

4

5

6                      IN THE UNITED STATES DISTRICT COURT

7

8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    WILLIAM HESS,

10              Plaintiff,                    No. C 08-02399 JSW
                                             No. C 08-2400 JSW
11       v.                                   No. C 08-2401 JSW

12   FREMONT UNIFIED SCHOOL DISTRICT,

13              Defendant.                     **ORDER SETTING BRIEFING**
                                             **SCHEDULE ON PENDING**
14   _____/      **MOTIONS**

15

16          This matter is set for a hearing on January 9, 2009 in this consolidated action on

17   Defendant Fremont Unified School District's motion to stay and Plaintiffs' motion to strike.

18   The Court HEREBY ORDERS that an opposition to Plaintiffs' motion to strike and a reply

19   brief to Defendant's motion to stay shall be filed by no later than December 8, 2008 and a reply

     brief to Plaintiffs' motion to strike shall be filed by no later than December 15, 2009.
20
            If the Court determines that these matters are suitable for resolution without oral
21
     argument, it will so advise the parties in advance of the hearing date.  If the parties wish to
22
     modify this schedule, they may submit for the Court's consideration a stipulation and proposed
23
     order demonstrating good cause for any modification requested.
24
            **IT IS SO ORDERED.**
25
     Dated:  November 24, 2008              _____
26
                                           JEFFREY S. WHITE
27                                         UNITED STATES DISTRICT JUDGE

28