```
 1  JOHN N. KITTA, Esq. (172907)
    A. K. ABRAHAM, ESQ.
 2  JOHN N. KITTA & ASSOCIATES
    39560 Stevenson Place, Suite 217
 3  Fremont, CA 94536

 4  T: 510-797-7990
    F: 510-745-8606
 5

 6  Attorneys for Plaintiffs
    WILLIAM HESS, LUANNE HESS, and
 7  DOT EGGERLING

 8
    PETER P. EDRINGTON, Esq. (074355)
 9  JAMES M. MARZAN, Esq. (133931)
    EDRINGTON, SCHIRMER & MURPHY
10  2300 Contra Costa Boulevard, Suite 450
    Pleasant Hill, CA 94523-3936
11  Telephone: (925) 827-3300
    Facsimile: (925) 827-3320
12
    Attorneys for Defendant
13  FREMONT UNIFIED SCHOOL DISTRICT
```

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| WILLIAM HESS, | ALL RELATED CASES: |
|---|---|
| Plaintiff, | NO.: CV08-02399 JSW |
| vs. | CV08-02400 JSW |
| | CV08-02401 JSW |
| FREMONT UNIFIED SCHOOL DISTRICT, a public entity, | |
| | **STIPULATION FOR ENTRY OF ORDER OF DISMISSAL AND [PROPOSED] ORDER** |
| Defendant. | |
| AND RELATED CASES: | |

1

Stipulation for Entry of Order of Dismissal and [Proposed] Order

|     |     |
| --- | --- |
| 1   | WHEREAS all parties to this action, namely, plaintiffs WILLIAM HESS, LUANNE HESS and DOT EGGERLING and defendant FREMONT UNIFIED SCHOOL DISTRICT, by and through their attorneys of record, have reached a stipulation that plaintiffs will voluntarily dismiss with prejudice the above-captioned action against defendant in exchange of a waiver of attorney's fees and costs, |

WHEREAS all parties to this action, namely, plaintiffs WILLIAM HESS, LUANNE HESS and DOT EGGERLING and defendant FREMONT UNIFIED SCHOOL DISTRICT, by and through their attorneys of record, have reached a stipulation that plaintiffs will voluntarily dismiss with prejudice the above-captioned action against defendant in exchange of a waiver of attorney's fees and costs,

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. That this action, including each of plaintiffs' causes of action set out in plaintiffs' Complaint, shall be dismissed with prejudice, with each party to bear its own attorney fees and costs.

IT IS SO STIPULATED.

DATED: 6-10, 2010                LAW OFFICES OF JOHN N. KITTA & ASSOCIATES

_____ for J. Kitta
John N. Kitta, Esq.
Attorney for Plaintiffs WILLIAM HESS,
LUANNE HESS and DOT EGGERLING

DATED: 6/16, 2010                EDRINGTON, SCHIRMER & MURPHY LLP

_____
James M. Marzan
Attorney for Defendant
FREMONT UNIFIED SCHOOL DISTRICT

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 17, 2010

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

2

Stipulation for Entry of Order of Dismissal and [Proposed] Order